# LAW OFFICE OF CHAD J. LAVEGLIA PLLC 

September 19, 2023

Re: Curtis v. Richmond University Medical Center
Index No.: 1:23-cv-03961
Request for leave to appear telephonically.

_____

Dear Honorable MARCIA M. HENRY:

I have cold like symptoms that have escalated in severity. I learned this evening I was exposed to someone who tested positive for COVID-19 within the last week. I intend on taking a test later this morning. However, in an abundance of caution I respectfully ask this Court for leave to appear telephonically for the Scheduling Conference.

Thank you.

Dated:          September 19, 2023
                Hauppauge, New York

                                    Respectfully Submitted ,

                                    _____
                                    By: Chad J. Laveglia Esq.,
                                    Law Office of Chad J. LaVeglia PLLC
                                    350 Motor Parkway, Ste #308
                                    Hauppauge, NY 11788
                                    claveglia@cjllaw.org
                                    (631) 450- 2468